# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00784-CR

**Marcus Anthony Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-12-216472, HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on November 30, 2012, the clerk's record was filed on January 2, 2013, and the reporter's record was filed on March 25, 2013. Appellant's brief was therefore due on April 24. *See* Tex. R. App. P. 38.6(a). On May 8, we sent notice to counsel that the brief was overdue, requesting a response by May 20, but to date, counsel has not responded to our notice or filed the brief.

The appeal is therefore abated. The trial court shall conduct a hearing to determine whether appellant still wishes to pursue his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b). The court shall make appropriate findings and recommendations, and a supplemental record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court no later than September 30, 2013. *See* Tex. R. App. P. 38.8(b)(3).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   August 9, 2013

Do Not Publish